# Court of Appeals
# of the State of Georgia

ATLANTA,    April 30, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1345.  BRIAN TOMLINSON v. THE STATE.**

In 2012, Brian Tomlinson was ten years on probation for child molestation. In 2013, the trial court revoked his probation for a technical violation of a special condition of probation.  Tomlinson filed this direct appeal. We, however, lack jurisdiction.

Because the underlying subject matter of Tomlinson's appeal is the revocation of his probation, he was required to file an application for discretionary appeal in order to obtain review in this Court. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269 n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997).  Tomlinson's failure to file an application for discretionary appeal deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED. See *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*    04/30/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*